**CLERK'S MINUTES REGARDING**
**RULE 16 SETTLEMENT CONFERENCE**

**NAME OF CASE**:  *Zyburo v. North American Company for Life & Health Insurance*

**CASE NO.**:  23cv1083 PJK/SCY

A Rule 16 Settlement Conference was held before Magistrate Judge Steven C. Yarbrough beginning at 9:00 a.m. on October 29, 2025 by Zoom video conference.

**APPEARANCES:**

| | |
|---|---|
| **For Plaintiffs:** | Vanessa DeNiro |
| | James Peck |
| **With Clients:** | Candice Zyburo |
| | Catherine Zyburo |
| **For Defendant:** | Rachel Yaggi |
| | Jesse Linebaugh |
| **With Clients:** | Brad Proctor |

**RESULTS OF SETTLEMENT CONFERENCE**:

Case settled.

**TIME SPENT IN SETTLEMENT CONFERENCE:**

4 hours, 15 minutes