IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| CANDICE ZYBURO AND CATHERINE ZYBURO<br><br>Plaintiffs,<br><br>v.<br><br>NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE<br><br>Defendant. | CASE NO. 1:23-cv-01083-PJK-SCY<br><br>**UNOPPOSED MOTION TO DISBURSE FUNDS TO PLAINTIFFS HELD IN THE COURT REGISTRY** |

**COME NOW** Plaintiffs, Candice Zyburo and Catherine Zyburo ("Plaintiffs"), by and through their attorney of record, DeNiro Law, LLC (Vanessa L. DeNiro, Esq.), and hereby submit this Unopposed Motion to Release Funds to Plaintiffs Held in the Court Registry.

1. Pursuant to Doc No. 37, the Stipulated Order to Deposit Funds Into the Court Registry filed on March 10, 2025, Defendant North American Company deposited $718,334.57 into the Court Registry. This sum is comprised of the death benefit amount of $654,921.21 and $63,413.36 in interest accrued as of March 7, 2025.

2. The deposited funds have accrued with interest in the Court Registry.

3. On October 29, 2025, Plaintiffs and Defendant participated in a Settlement Conference which resulted in the settlement of this matter.

4. The parties have mutually agreed to an equal division of the funds deposited in the court registry, including any accrued interest, to be distributed to the Plaintiffs.

5. Therefore, the funds held within the court registry shall be distributed equally:

- Candica Zyburo shall be allocated one-half (½) of the total amount.

- Catherine Zyburo shall be allocated one-half (½) of the total amount.

6. Counsel for Defendant was contacted for her position on this Motion, and she approves the same.

## REQUEST FOR RELIEF

For the reasons stated herein, Plaintiffs respectfully move this Court to enter an Order directing the immediate disbursement of the funds currently held in the Court Registry to Plaintiffs, according to the distribution plan previously set forth, and grant all other relief as the Court deems just and proper.

Respectfully submitted,

DENIRO LAW, LLC

By: /s/ *Vanessa L. DeNiro*
Vanessa L. DeNiro, Esq.
*Attorney for Plaintiffs*
P.O. Box 45104
Rio Rancho, NM 87174
vanessa@denirolaw.com
Tele: 505.252.1697

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will serve notice on those parties that are registered users in this matter.

s/ *Vanessa L. DeNiro*
Vanessa L. DeNiro, Esq.